UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime M. Pineda, | Case No. 25-CV-2325 (KMM/DLM) |
| Plaintiff, | |
| v. | ORDER |
| Warden, FPC Alderson, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko, dated June 10, 2025. (Doc. 4.) The R&R concludes that this action is duplicative of another case previously filed by Petitioner. *See Pineda v. Warden*, No. 25-CV-2322 (DSD/DLM) (D. Minn. June 3, 2025). The R&R recommends denying Petitioner's habeas petition in this matter and dismissing this case without prejudice. No objections have been filed to that R&R in the time permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having carefully reviewed the R&R and the record, the Court finds no error in the R&R's conclusion and agrees with the recommendation.

Accordingly, **IT IS HEREBY ORDERED** that

1. The R&R (Doc. 4) is **ACCEPTED**;

2. Petitioner Jaime M. Pineda's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED** and

3. This action is **DISMISSED WITHOUT PREJUDICE** as duplicative of the pending action in Pineda v. Warden, No. 25-CV-2322 (DSD/DLM) (D. Minn.).

**Let Judgment Be Entered Accordingly.**

Date: July 16, 2025                                  *s/ Katherine M. Menendez*
                                                    Katherine M. Menendez
                                                    United States District Judge